■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX YAGUDAEV, Appellant. [893 NYS2d 873]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Gavrin, J.), rendered April 20, 2009, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that he was deprived of the effective assistance of counsel (*see People v Benevento*, 91 NY2d 708, 712-715 [1998]; *People v Baldi*, 54 NY2d 137, 146-147 [1981]). To the extent that the defendant's claim involves matter dehors the record, it may not be reviewed on direct appeal (*see People v Haynes*, 39 AD3d 562, 564 [2007]). To the extent that the claim may be reviewed, defense counsel provided meaningful representation (*see People v Ennis*, 11 NY3d 403, 415 [2008], *cert denied* 556 US —, 129 S Ct 2383 [2009]; *People v Gomez*, 67 AD3d 927, 927-928 [2009]; *People v Carter*, 44 AD3d 677, 679 [2007]).

The defendant's remaining contentions are unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, are without merit. Skelos, J.P., Covello, Balkin and Austin, JJ., concur.